IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **TANEISHA PLANES,** <br><br> **Plaintiff,** <br><br> v. <br><br> **PERATON, INC.,** *et al.,* <br><br> **Defendant.** | Case No. 1:22-cv-00627-RDA-WEF |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

By its counsel, Defendant PARSONS CORPORATION submits this Corporate Disclosure Statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the U.S. District Court for the Eastern District of Virginia.

Parsons Corporation (NYSE: PSN) is a publicly traded corporation that offers stock to the public. Parsons Corporation does not have any parent, subsidiary, or affiliated entity that has offered stock or debt securities to the public, and no publicly held corporation owns 10% or more of its stock. A majority of the common stock of Parsons Corporation is owned by an Employee Stock Ownership Plan.

Dated: July 19, 2022

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

 */s/ Christopher E. Humber*
Christopher E. Humber, Bar No. 87195
1909 K Street, N.W., Suite 1000
Washington, DC 20006
Tel: (202) 263-0260
Fax: (202) 887-0866
chris.humber@ogletree.com

*Counsel for Defendant Parsons Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2022, the foregoing was filed electronically with the Clerk of the Court via CM/ECF, which will notify all counsel of record including the following counsel for Plaintiff:

>Santo A. Scrimenti, Esq. (VSB No. 90169)
>A.  Marques Pitre, Esq. (*Pro Hac Vice pending*)
>PITRE & ASSOCIATES, LLC
>Ronald Reagan Building &
>International Trade Center
>1300 Pennsylvania Avenue, N.W., Suite 700
>Washington, DC 20004
>Tel: (202) 204-3006
>sacrimenti@ampitreassociates.com
>ampitre@ampitreassociates.com

*Counsel for Plaintiff*

      /s/ Christopher E. Humber
Christopher E. Humber, Bar No. 87195
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, DC 20006
Tel:  (202) 263-0260
Fax: (202) 887-0866
chris.humber@ogletree.com

*Counsel for Defendant Parsons Corporation*

2